SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN: 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

Aubrey L. Kramer (SBN: 359426)
akramer@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94015
Telephone: 415-544-1900
Facsimile: 415-391-0281

*Counsel for Nonparty Dr. Pierre-Anthony Lemieux*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:25-mc-80124<br><br>(Related Case No. 3:25-mc-80123)<br><br>(Related to Pending Out-of-State Action: 2:24-cv-00572-JRG in the Eastern District of Texas)<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is Jamboree Center, 5 Park Plaza, Suite 1600, Irvine, California 92614.

On May 19, 2025, I served on the interested parties in said action the within:

- **NONPARTY DR. LEMIEUX'S NOTICE OF MOTION AND MOTION TO QUASH; MEMORANDUM OF POINTS AND AUTHORITIES;**
- **DECLARATION OF MAYELA C. MONTENEGRO-URCH, WITH EXHIBITS A-C; AND**
- **PROPOSED ORDER GRANTING NON-PARTY DR. PIERRE-ANTHONY LEMIEUX'S MOTION TO QUASH DEPOSITION SUBPOENA**

☐ (MAIL) By placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on the attached service list.

☒ **(BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE)** By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated in the Service List and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center on May 19, 2025, to be delivered by their next business day delivery service.

☐ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on May 19, 2025 at Irvine, California.

|  |  |
|---|---|
| Mayela C. Montenegro-Urch | /s/ Mayela C. Montenegro-Urch |
| (Type or print name) | (Signature) |

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | **Attorneys for Defendant Apple Inc.** |
| 2 | **Attorneys for Plaintiff** | Alexander Ernest Middleton |
| 3 | | Lance W Shapiro |
| 4 | Alfred Ross Fabricant | Kevin John Post |
| | Joseph Michael Mercadante. | Steven Pepe |
| 5 | Vincent J Rubino, III | Ropes & Gray LLP - NY |
| 6 | Fabricant LLP - NY | 1211 Avenue of the Americas |
| | 230 Park Avenue | New York, NY 10036-8704 |
| 7 | 3rd Floor W. | alexander.middleton@ropesgray.com |
| | New York, NY 10169 | lance.shapiro@ropesgray.com |
| 8 | ffabricant@fabricantllp.com | kevin.post@ropesgray.com |
| 9 | jmercadante@fabricantllp.com | steven.pepe@ropesgray.com |
| | vrubino@fabricantllp.com | |
| 10 | | James R Batchelder |
| 11 | Jennifer Leigh Truelove | Shong Yin |
| | McKool Smith, P.C. - Marshall | Ropes & Gray LLP - East Palo Alto |
| 12 | 104 East Houston St | 1900 University Ave |
| 13 | Suite 300 | 6th Floor |
| | Marshall, TX 75670 | East Pala Alto, CA 94303 |
| 14 | jtruelove@mckoolsmith.com | James.Batchelder@ropesgray.com |
| 15 | | shong.yin@ropesgray.com |
| | Julian Glenn Pymento | |
| 16 | Fabricant LLP | Kathryn C. Thornton |
| 17 | 51 JFK Parkway | Ryan C. Brunner |
| | Short Hills, NJ 07078 | Ropes & Gray LLP |
| 18 | jpymento@fabricantllp.com | 2099 Pennsylvania Avenue, N.W. |
| 19 | | Washington, DC 20006-6807 |
| | Peter Lambrianakos | kathryn.thornton@ropesgray.com |
| 20 | Fabricant LLP | ryan.brunner@ropesgray.com |
| 21 | 411 Theodore Fremd Avenue | |
| | Suite 206 South | Melissa Richards Smith |
| 22 | Rye, NY 10580 | Gillam & Smith, LLP |
| 23 | plambrianakos@fabricantllp.com | 303 South Washington Avenue |
| | | Marshall, TX 75670 |
| 24 | Justin Kurt Truelove | melissa@gillamsmithlaw.com |
| 25 | Truelove Law Firm | |
| | 207 N Wellington | |
| 26 | P O Box 1409 | |
| 27 | Marshall, TX 75671 | |
| | kurt@truelovelawfirm.com | |
| 28 | | |

CERTIFICATE OF SERVICE